A04A0363. LOVE v. THE MONEY TREE, INC.
A04A0468. HAWKINS-BAILEY v. THE MONEY TREE, INC.
(620 SE2d 454)

RUFFIN, Chief Judge.

The decision of the Court of Appeals in these cases having been reversed by the Supreme Court in *Love v. Money Tree, Inc.*,[1] our decision in *Love v. Money Tree, Inc.* and *Hawkins-Bailey v. Money Tree, Inc.*[2] is hereby vacated, and the judgment of the Supreme Court is made the judgment of this court. The cases are remanded to the trial court for proceedings consistent with this opinion.

*Judgment reversed. Adams and Bernes, JJ., concur.*

DECIDED AUGUST 23, 2005.

*Simpson & Cross, Ralph F. Simpson*, for Love and Hawkins-Bailey.
*Floyd & Lambert, George C. Floyd, David G. Crockett*, for The Money Tree, Inc.

---

[1] 279 Ga. 476 (614 SE2d 47) (2005).

[2] 267 Ga. App. 96 (598 SE2d 846) (2004).